

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-24-00753-CR

Roland **CAMARILLO**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2022CR9946
Honorable Joel Perez, Judge Presiding

BEFORE JUSTICE VALENZUELA, JUSTICE MASSEY BRISSETTE, AND JUSTICE SPEARS

In accordance with this court's opinion of this date, this appeal is DISMISSED.

SIGNED January 8, 2025.

Lori I. Valenzuela, Justice